
DSG/GMM: USAO 2023R00063

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC23CR380 |
| | * | |
| THOMAS EMMANUEL WILLIAMS, | * | (Firearms Trafficking, 18 U.S.C. § 933; |
| | * | Felon in Possession of Firearm and |
| Defendant | * | Ammunition, 18 U.S.C. § 922(g)(1); |
| | * | Unlawful Possession of a Machinegun, |
| | * | 18 U.S.C. § 922(o); Distribution of and |
| | * | Possession with Intent to Distribute |
| | * | Controlled Substances, 21 U.S.C. |
| | * | § 841(a)(1); Use and Carry of a |
| | * | Firearm During and in Relation to, |
| | * | and Possession of a Firearm in |
| | * | Furtherance of, a Drug Trafficking |
| | * | Crime, 18 U.S.C. § 924(c); Selling a |
| | * | Firearm in Furtherance of a Felony, 18 |
| | * | U.S.C. § 922(d)(10); Use and Carry of |
| | * | a Machinegun During and in Relation |
| | * | to, and Possession of a Machinegun in |
| | * | Furtherance of, a Drug Trafficking |
| | * | Crime, 18 U.S.C. § 924(c); Forfeiture, |
| | * | 18 U.S.C. §§ 924(d) and 934(a), |
| | * | 21 U.S.C. § 853, 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
### (Firearms Trafficking)

The Grand Jury for the District of Maryland charges that:

From at least on or about January 18, 2023 through on or about February 3, 2023, in the

District of Maryland, the defendant,

### THOMAS EMMANUEL WILLIAMS,

attempted to, and did, ship, transport, transfer, cause to be transported, and otherwise dispose of firearms—that is, (1) one 5.56x45mm caliber semi-automatic AR style pistol, privately manufactured firearm with no serial number on the frame, (2) one 5.56x45mm caliber semi-automatic AR style pistol, privately manufactured firearm with no serial number on the frame, (3) one Smith & Wesson .40 caliber semi-automatic pistol, model M&P 40, (4) one Glock.45ACP semi-automatic pistol, model 21 (5) one Smith & Wesson .40 caliber semi-automatic pistol, Model SD40VE, (6) one Haskell Mfg. .45 ACP caliber, semi-automatic pistol, model JHP, marked "Hi Point Firearms," (7) one Glock style 9x19mm, semi-automatic pistol, privately manufactured firearm, with no serial number on the frame, (8) one 5.56x45mm caliber semi-automatic AR style pistol, privately manufactured firearm with no serial number on the frame, (9) one Glock 9x19mm semi-automatic pistol, model 43, (10) one Taurus International .38 caliber revolver, model 85 Ultralite, and (11 – 13) three Glock-type conversion devices, qualifying as machineguns, with no manufacturer marks or serial numbers—to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. § 933

## COUNT TWO
### (Felon in Possession of Firearms and Ammunition)

The Grand Jury for the District of Maryland further charges that:

On or about January 18, 2023, in the District of Maryland, the Defendant,

### THOMAS EMMANUEL WILLIAMS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess firearms and ammunition—that is, (1) one .45 ACP

caliber, semi-automatic pistol, model JHP, marked "Hi Point Firearms", (2) one Taurus

International .38 caliber revolver, model: 85 Ultralite, loaded with (3) five rounds of .38 special

caliber ammunition—and the firearms and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

3

## COUNT THREE
### (Felon in Possession of Firearms and Ammunition)

The Grand Jury for the District of Maryland further charges that:

On or about January 20, 2023, in the District of Maryland, the Defendant,

### THOMAS EMMANUEL WILLIAMS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition—that is, (1) one 5.56x45mm caliber semi-automatic AR style pistol, privately manufactured firearm with no serial number on the frame, (2) one Smith & Wesson .40 caliber semi-automatic pistol, model M&P 40, (3) one Glock .45ACP semi-automatic pistol, model 21, and (4) thirty rounds of Tulammo .223 caliber ammunition—and the firearms and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

4

## COUNT FOUR
**(Unlawful Possession of a Machinegun)**

The Grand Jury for the District of Maryland further charges that:

On or about January 20, 2023, in the District of Maryland, the defendants,

### THOMAS EMMANUEL WILLIAMS,

knowingly possessed a machinegun, as that term is defined in 18 U.S.C. § 921(a)(23) and 26

U.S.C. § 5845(b), that is, a Glock-type conversion device.


18 U.S.C. § 922(o)

## COUNT FIVE
**(Distribution of and Possession with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland further charges that:

On or about January 27, 2023, in the District of Maryland, the defendant,

### THOMAS EMMANUEL WILLIAMS,

knowingly distributed and possessed with the intent to distribute a mixture and substance

containing a detectable amount of oxycodone, a Schedule II controlled substance, and a mixture

and substance containing a detectable amount of codeine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(C)

6

## COUNT SIX
### (Use and Carry of a Firearm During and in Relation to, and Possession of a Firearm in Furtherance of, a Drug Trafficking Crime))

The Grand Jury for the District of Maryland further charges that:

On or about January 27, 2023, in the District of Maryland, the defendant,

### THOMAS EMMANUEL WILLIAMS,

knowingly used and carried firearms—that is, (1) one 5.56x45mm caliber semi-automatic AR style pistol, privately manufactured firearm with no serial number on the frame, (2) one Smith & Wesson .40 caliber semi-automatic pistol, Model SD40VE, and (3) one Glock style 9x19mm, semi-automatic pistol, privately manufactured firearm, with no serial number on the frame— during and in relation to, and knowingly possessed said firearms in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, distribution of and possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841, as charged in Count Five of this Indictment and incorporated here.

18 U.S.C. § 924(c)

7

## COUNT SEVEN
### (Felon in Possession of Firearms and Ammunition)

The Grand Jury for the District of Maryland further charges that:

On or about January 27, 2023, in the District of Maryland, the Defendant,

### THOMAS EMMANUEL WILLIAMS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition—that is, (1) one 5.56x45mm caliber semi-automatic AR style pistol, privately manufactured firearm with no serial number, (2) one Smith & Wesson .40 caliber semi-automatic pistol, Model SD40VE, and (3) one Glock style 9x19mm, semi-automatic pistol, privately manufactured firearm, with no serial number on the frame—and the firearms and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT EIGHT
**(Selling a Firearm in Furtherance of a Felony)**

The Grand Jury for the District of Maryland further charges that:

On or about January 27, 2023, in the District of Maryland, the defendant,

### THOMAS EMMANUEL WILLIAMS,

knowingly sold, disposed of, or transferred a firearm—that is, (1) one 5.56x45mm caliber semi-automatic AR style pistol, privately manufactured firearm with no serial number on the frame, (2) one Smith & Wesson .40 caliber semi-automatic pistol, Model SD40VE, and (3) one Glock style 9x19mm, semi-automatic pistol, privately manufactured firearm, with no serial number on the frame—knowing and having reasonable cause to believe that Individual 1 intended to sell, dispose of, or transfer the firearm in furtherance of a felony, that is, trafficking in firearms, in violation of 18 U.S.C. § 933, and knowing and having reasonable cause to believe possession of a machinegun by Individual 1 would be a felony, that is, unlawful possession of a machinegun, in violation of 18 U.S.C. § 922(o).

18 U.S.C. § 922(d)(10)

9

## COUNT NINE
### (Unlawful Possession of Machineguns)

The Grand Jury for the District of Maryland further charges that:

On or about February 3, 2023, in the District of Maryland, the defendant,

### THOMAS EMMANUEL WILLIAMS,

knowingly possessed a machinegun, as that term is defined in 18 U.S.C. § 921(a)(23) and 26

U.S.C. § 5845(b), that is, two Glock-type conversion devices.

18 U.S.C. § 922(o)

## COUNT TEN
### (Felon in Possession of Firearms and Ammunition)

The Grand Jury for the District of Maryland further charges that:

On or about February 3, 2023, in the District of Maryland, the Defendant,

### THOMAS EMMANUEL WILLIAMS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition—that is, (1) one Glock 9x19mm semi-automatic pistol, model 43, (2) one round of Sellier & Bellot 9x19mm caliber ammunition, (3) one round of Federal Ammunition 9x19mm caliber ammunition, and (4) four rounds of Starline Brass 9x19mm caliber ammunition—and the firearms and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT ELEVEN
## (Distribution of and Possession with Intent to Distribute a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about February 3, 2023, in the District of Maryland, the defendant,

## THOMAS EMMANUEL WILLIAMS,

knowingly distributed and possessed with the intent to distribute a mixture and substance

containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide

(Fentanyl), a Schedule II controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(C)

12

## COUNT TWELVE
### (Use and Carry of a Machinegun During and in Relation to, and Possession of a Machinegun in Furtherance of, a Drug Trafficking Crime))

The Grand Jury for the District of Maryland further charges that:

On or about February 3, 2023, in the District of Maryland, the defendant,

### THOMAS EMMANUEL WILLIAMS,

knowingly used and carried a firearm—that is, two Glock-type conversion devices, qualifying as

machineguns, with no manufacturer marks or serial numbers—during and in relation to, and

knowingly possessed said firearm in furtherance of, a drug trafficking crime for which he may be

prosecuted in a court of the United States, that is, distribution of and possession with intent to

distribute controlled substances, in violation of 21 U.S.C. § 841, as charged in Count Eleven of

this Indictment and incorporated here.

18 U.S.C. § 924(c)(1)(B)(ii)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 924(d) and 934(a), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendant's convictions under any of the offenses alleged in Counts One through Twelve of this Indictment.

### Narcotics Forfeiture

2.      Upon conviction of the offense set forth in Counts Five or Eleven of this Indictment, the defendant,

### THOMAS EMMANUEL WILLIAMS,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a): (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses; and (2) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

### Firearms Trafficking Forfeiture

3.      Upon conviction of the offense set forth in Count One of this Indictment, the defendant,

### THOMAS EMMANUEL WILLIAMS,

shall forfeit to the United States, pursuant to 18 U.S.C. § 934(a)(1): (A) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and (B) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

14

### Firearms and Ammunition Forfeiture

4.      Upon conviction of any of the offenses set forth in Counts One through Four and Six through Ten and Twelve of this Indictment, the defendant,

### THOMAS EMMANUEL WILLIAMS

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offenses.

### Substitute Assets

5.      If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the

property described herein pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C.

§ 2461(c).


18 U.S.C. § 924(d)
18 U.S.C. § 933(a)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date:  October 26, 2023